UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIM THOMAS,
    Plaintiff,

Case No. 2:23-cv-12831
v.
Hon. Sean F. Cox

EQUIFAX INFORMATION SERVICES, LLC, et al.,
    Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC

Plaintiff dismisses her claims against Equifax Information Services, LLC, only, with prejudice and with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: May 23, 2024

/s/ Carl Schwartz
CARL SCHWARTZ P70335
CREDIT REPAIR LAWYERS OF AMERICA
Attorneys for Plaintiff
27600 Farmington Road, Suite 108
Farmington Hills, MI 48334
(248) 353-2882
Fax (248) 353-4840
Email – carl@crlam.com

**Proof of Service**

I, Carl Schwartz, hereby state that on May 23, 2024, I served a copy of the foregoing document upon all counsel of record via this Court's CM/ECF system.

/s/ Carl Schwartz