UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIM THOMAS,
    Plaintiff,

v.

    Case No. 2:23-cv-12831
    Hon. Sean F. Cox
    Mag. Kimberly G. Altman

EQUIFAX INFORMATION SERVICES, LLC,
    Defendants.

_____

## **STIPULATION OF DISMISSAL OF SYNCHRONY BANK**

Plaintiff and Synchrony Bank, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Synchrony Bank with prejudice and without attorney's fees or costs to either party.

Dated: July 26, 2024

Respectfully submitted,

/s/ Carl Schwartz
Carl Schwartz (P70335)
Credit Repair Lawyers of America
27600 Farmington Road, Suite 108
Farmington Hills, MI 48334
Phone: (248) 353-2882
Fax: (248) 353-4840
Email: carl@crlam.com
*Attorney for Plaintiff*

/s/ Alan Taylor
Alan Taylor (P51660)
Attorney for Synchrony Bank
29100 Northwestern Highway
Suite 240
Southfield, MI 48034
(248) 994-0600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIM THOMAS,
    Plaintiff,

v.

                                                Case No. 2:23-cv-12831
                                                Hon. Sean F. Cox
                                                Mag. Kimberly G. Altman

EQUIFAX INFORMATION SERVICES, LLC,
    Defendants.
_____

## **ORDER OF DISMISSAL OF SYNCHRONY BANK**

The Court, having reviewed the parties' stipulation and finding good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Synchrony Bank are hereby dismissed with prejudice and without fees or costs to either party.

Dated: August 1, 2024                           s/Sean F. Cox
                                                           Sean F. Cox
                                                           United States District Judge